UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LESALDO SHALTO,

                              Plaintiff,                        **Docket No:**
                                                                 24-cv-01962(NG)(CLP)

   -against-

BROADWAY BARBERS LIC INC.
AND 3206 REALTY LLC,

                              Defendants.
------------------------------------------------------------------X

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for the parties in the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is, dismissed with prejudice, pursuant to Fed. R. Civ. P. Rule 41(a), without costs, attorneys' fees, expenses, or disbursements to any party. A facsimile or PDF copy of this Stipulation shall have the same force and effect as if it were an original.

Dated: August 28, 2024                                            Dated: August 28, 2024

**THE MARKS LAW FIRM, PC**                    **HARFENIST KRAUT & PERLSTEIN LLP**

By: _____                    By: _____
    Bradly G. Marks, Esq.                            Steven J. Harfenist, Esq.
    *Attorneys for Plaintiff*                               *Attorneys for Defendant*
    Lesaldo Shalto                                              3206 Realty LLC
    155 E 55th Street, Suite 4H                     3000 Marcus Ave, Suite 2E1
    New York, New York 10022                   Lake Success, New York 10042
    646-770-3775                                                516-355-9600
    Brad@markslawpc.com                             sharfenist@hkplaw.com

*So Ordered.*

*/s/(NG)*

*Oct. 2, 2024*

Dated: August 28, 2024

**WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP**

By: _____
Stephen J. Barrett, Esq.
*Attorneys for Defendant
Broadway Barbers LIC Inc.*
150 East 42nd Street
New York, New York 10017
212-490-3000
Stephen.Barret@wilsonelser.com


SO ORDERED:

This _____ day of August, 2024


_____
HON. NINA GERSHON, U.S.D.J.